JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROBERTO ROBLEDO, | No. CV 05-3651-CJC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| M.R. KIRKLAND (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 15, 2010

CORMAC J. CARNEY
United States District Judge